

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2015

No. 04-14-00812-CV

**IN THE ESTATE OF CONSUELLA PERKINS ULBRICH**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-0686
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

The Appellees' Motion for Extension of Time to File Brief is GRANTED. The appellees' brief is due on April 10, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court